IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Eula Price

Civil Case #: 1:22-cv-00456

## NOTICE OF VOLUNTARY DISMISSMAL

COMES NOW, Plaintiff, Eula Price, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 1:22-cv-00456 filed on March 9, 2022.

Date: August 22, 2025.

    Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Monte Bond
Monte Bond, (TX Bar 02585625)
5473 Blair Rd, Suite 2000 Dallas, TX 75231
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
mbond@tbtorts.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of August 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                     /s/ Monte Bond